**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SARAH E. RAMIREZ,

        Plaintiff,

v.                                                Case No:   6:23-cv-3-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

**ORDER**[1]

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH REVERSAL AND REMAND OF THE CAUSE TO THE DEFENDANT (Doc. No. 32)
>
> **FILED:**      July 27, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.  *See* Doc. Nos. 25, 30–31.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> On remand, the Appeals Council will remand the case to a different Administrative Law Judge. The Appeals Council will instruct the Administrative Law Judge to further develop the record, further evaluate the subjective complaints, further evaluate the medical opinions, give further consideration to the RFC, offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

Doc. No. 32.   Plaintiff does not object to the motion.   *Id.* at 1.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

> 1. Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant (Doc. No. 32) is **GRANTED**.
>
> 2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.
>
> 3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** any pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties