# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SARAH E. RAMIREZ,

        Plaintiff,

v.                                                                                                                             Case No:   6:23-cv-3-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

## ORDER[1]

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S UNCONTESTED MOTION FOR ATTORNEY'S FEES (Doc. No. 35)**
>
> **FILED:** October 17, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge. *See* Doc. Nos. 25, 30, 31.

Plaintiff, through counsel of record, filed a complaint against the Commissioner of Social Security regarding the denial of an application for disability benefits. Doc. No. 1. On July 31, 2023, pursuant to an unopposed motion to remand filed by the Commissioner (Doc. No. 32), the Court reversed and remanded the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Doc. No. 33. Judgment was entered in favor of Plaintiff and against the Commissioner the same day. Doc. No. 34.

By the present motion, Plaintiff seeks an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Doc. No. 35. Plaintiff requests a total of $4,665.52 in attorney's fees under the EAJA, for 19.2 hours of work performed by her counsel in 2022 and 2023. *Id.* at 2, 7, 11–12. Plaintiff also seeks to recover $402.00 in costs for payment of the filing fee. *Id.* at 1, 3. *See also* Doc. No. 1. The Commissioner does not oppose the motion. Doc. No. 35, at 3.

Upon consideration, and absent any objection from the Commissioner, the Court finds the request for fees pursuant to the EAJA well taken. Accordingly, Plaintiff's Uncontested Motion for Attorney's Fees (Doc. No. 35) is **GRANTED**, to

the extent that Plaintiff is awarded a total of $4,665.52 in attorney's fees and $402.00 in costs under the EAJA.[2]

**DONE** and **ORDERED** in Orlando, Florida on October 19, 2023.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2] Plaintiff's motion references an assignment of EAJA fees from Plaintiff to counsel. Doc. No. 35, at 2. *See also* Doc. No. 35-1. However, Plaintiff states only that "after the Court issues an order awarding EAJA fees to Plaintiff, the Commissioner will determine whether Plaintiff owes a debt to the government. If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel." Doc. No. 35, at 2. The government may exercise its discretion to honor Plaintiff's assignment of attorney's fees awarded under the EAJA if the government determines that Plaintiff does not owe a federal debt, but the Court will not order the government to do so.